**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Minisoft, Inc., ) | No. CIV 07-1215 -PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Elite Information Systems Inc., et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the parties' Stipulation to Extend Defendants' Time to Answer Complaint. [Doc. No. 14] The parties have agreed that Defendants shall have an extension to answer or otherwise respond to Plaintiff's Complaint until the later of: (1) August 10, 2007 or (2) the date upon which an Answer or other Response would be due under the Federal Rules of Civil Procedure, based upon the actual service upon the Defendants and/or the filing of an Amended Complaint.

Because the Court does not grant open extensions, Defendants shall have through August 10, 2007, to answer or otherwise respond to Plaintiff's Complaint.

Accordingly,

//

//

1  **IT IS HEREBY ORDERED** the parties' Stipulation to Extend Defendants' Time to
2  Answer Complaint [Doc. No. 14] is **GRANTED IN PART** as follows: Defendants shall
3  have through **August 10, 2007**, to answer or otherwise respond to Plaintiff's Complaint.
4  DATED this 12th day of July, 2007.

Stephen M. McNamee
United States District Judge