**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| MiniSoft, Inc., | No. CV-07-1215-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| West Publishing Corp., et al., |  |
| Defendants. |  |

Before the Court is the parties' stipulation and motion to continue the Rule 16 Preliminary Pretrial Scheduling Conference currently scheduled for January 24, 2008 (Dkt. 27). The parties request that the Rule 16 Conference be continued for thirty days in order for the parties to complete settlement negotiations in which the parties are actively engaged. Pursuant to that request, and for good cause shown,

**IT IS HEREBY ORDERED** vacating the Preliminary Pretrial Scheduling Conference set for Thursday, January 24, 2008.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference shall be rescheduled for **Monday, March 3, 2008** at **4:00 p.m.** in Courtroom 605 of the Sandra Day O'Connor Courthouse, 401 W. Washington Street in Phoenix, Arizona.

//

//

//

**IT IS FURTHER ORDERED** that the parties shall comply with all other requirements of the Order Setting Rule 16 Preliminary Pretrial Conference (Dkt. 25).

DATED this 11th day of January, 2008.

Stephen M. McNamee
United States District Judge