**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MiniSoft, Inc., | No. CV-07-1215-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| West Publishing Corp., et al., | |
| Defendants. | |

By stipulation of the parties to this action (Dkt. 30),

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** vacating the Preliminary Pretrial Conference set for Monday, March 3, 2008.

DATED this 29th day of February, 2008.

Stephen M. McNamee
United States District Judge